UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CADICHON et al.,

                Plaintiffs,

   v.

US CITIZENSHIP & IMMIGRATION SERVICES,

                Defendant.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 3713 (DLC)

<u>NOTICE OF APPEARANCE</u>

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          July 17, 2007

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York

                   By:   /s/_____
                                    SHANE P. CARGO
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2711
                                    Facsimile: (212) 637-2786
                                    Email: shane.cargo@usdoj.gov

TO:   Stephen A. Katz, Esq.
        111 John Street, Suite 800
        New York, NY 10038-3180