OCT-23-2007 14:27     USAO     718 422 5130     P.02

RECEIVED
OCT 25 2007
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELIDE CADICHON et al,

    Petitioners,

- against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES et al.,

    Respondents.

Dkt. No. 07 Civ 3713 (DLC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
October 24th, 2007

STEPHEN A. KATZ, P.C.
Attorney for Petitioners

_[signature]_
Stephen A. Katz, Esq.
111 John Street, Suite 800
New York, New York 10038
Tel. (212) 349-6400
Fax (212) 349-6407

New York, New York
October 24, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_[signature]_
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2711
Fax  (212) 637-2786

SO ORDERED:

_[signature]_
Hon. Denise L. Cote
United States District Judge

October 25, 2007

- Page 1 of 1 -     A73-041-810

TOTAL P.02